UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mee Her,                                                    Civil No. 13-2688 (DWF/JSM)

          Plaintiff,

v.                                                          **ORDER ADOPTING REPORT
                                                            AND RECOMMENDATION**

Wells Fargo Bank, N.A., et al.,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 23, 2014 (Doc. No. 20). No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Janie S. Mayeron's June 23, 2014 Report and Recommendation (Doc. No. [20]) is **ADOPTED**.

2. Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss (Doc. No. [11]) is **GRANTED**.

      3.      This matter is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 18, 2014          s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge